UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD O'CONNELL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:17-cv-2133 |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **22nd day of August, 2017**, it having been reported that the parties have settled the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.  Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

KATE BARKMAN, Clerk of Court

By:/s/ Diane J. Abeles_____
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov